```
Cyrus Safa
Attorney at Law: 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff                                    JS-6
Patricia Ann Abedi Aguilar
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| PATRICIA ANN ABEDI AGUILAR, | Case No.: CV 12-05751 R OP |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:    January 23, 2013

_[signature]_

HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE

-1-